# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:10-cv-02075-AWI-GBC PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>(Docs. 9, 10, 11) |

　　Plaintiff Alvin R. Ross, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 9, 2010. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 and on December 13, 2010, an order was issued dismissing the action due to his being denied in forma pauperis status pursuant to 28 U.S.C. § 1915(g). (Doc. 7.) Plaintiff filed a motion for reconsideration on December 27, 2010. (Doc. 9.) On December 30, 2010, the Magistrate Judge issued findings and recommendations recommending the motion for reconsideration be denied. (Doc. 10.) Plaintiff was given fifteen days within which to file objections, and an objection was filed on January 13, 2011. (Doc. 11.) The Court has considered Plaintiff's objections.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The Court has

1 considered Plaintiff's objections.  Based on the evidence before the court, the court finds that
2 Plaintiff has three strikes within the meaning of 28 U.S.C. § 1915(g).
3       Accordingly, IT IS HEREBY ORDERED that:
4     1.     The findings and recommendations, filed December 30, 2010, are adopted in full;
5         and
6     2.     The motion for reconsideration, filed December 27, 2010, is denied.

8 IT IS SO ORDERED.

9 Dated:   January 25, 2011
10                                     CHIEF UNITED STATES DISTRICT JUDGE